UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN, <br><br> Plaintiff, <br><br> v. <br><br> ABC LEGAL SERVICES, LLC, <br><br> Defendant. | Case No. 25-cv-06950-WHO <br><br> **ORDER TERMINATING CASE** <br><br> Re: Dkt. Nos. 6, 9, 13, 17, 18, 23, 25, 27, 28, 34, 36, 37 |

This case was removed from San Francisco Superior Court by defendant ABC Legal Services, LLC ("ABC Legal"). Dkt. No. 1. ABC Legal filed a Motion to Dismiss, or in the Alternative for an Order Requiring Plaintiff to Obtain Approval to Proceed and for a More Definite Statement (Dkt. No. 6); then, plaintiff George Jarvis Austin ("Austin") filed several motions to dismiss or to remand, insisting that he only asserts state law claims, and several motions to "administratively close the case" pursuant to his various notices of "withdrawal or voluntary dismissal." *See* Dkt. Nos. 9, 23, 25, 27, 28, 34, 36, 37.

Under Rule 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." ABC Legal did not file an answer or a motion for summary judgment, so Austin may properly dismiss this case without a court order.[1]

Austin's notices of dismissal state that he is voluntarily dismissing the case because "there

---

[1] On August 27, 2025, I related this case to *Austin v. ABC Legal Services, LLC*, No. 24-cv-04185 (N.D. Cal. filed July 11, 2024) (closed on February 3, 2025). In the order relating cases, I explained that if Austin wished to file a response to ABC Legal's Motion to Dismiss *Austin v. ABC Legal Services, LLC*, No. 25-cv-06950 (N.D. Cal.), he should do so by September 2, 2025. *See Austin v. ABC Legal Services, LLC*, No. 24-cv-04185 (N.D. Cal. filed July 11, 2024) at Dkt. No. 19. No such response was filed.

is no federal jurisdiction for 100% California State law claims." Dkt. No. 13 at p. 2.  While I will accept Austin's decision to voluntarily dismiss his case, this order is not a ruling on the question of jurisdiction.  Austin's motions to dismiss for lack of jurisdiction are denied as moot.  The Clerk is directed to terminate this case based on Austin's notice of voluntary dismissal.

The court advises Austin that if he re-files his claims in state court and ABC Legal again removes the case to federal court, a notice of voluntary dismissal in that case will "operate[] as an adjudication on the merits."  Fed. R. Civ. P. 41(a)(1)(B) ("[I]f the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.").

**IT IS SO ORDERED.**

Dated: September 2, 2025

William H. Orrick
United States District Judge

2